**Law Offices of Todd M. Friedman, P.C.**
**Todd M. Friedman (216752)**
**324 S. Beverly Dr., #725**
**Beverly Hills, CA 90212**
**Phone: 877-206-4741**
**Fax: 866-633-0228**
**tfriedman@attorneysforconsumers.com**

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| **GARY GEISERT,** | ) Case No. 1:16-cv-00298-CBS |
| Plaintiff, | ) **NOTICE OF VOLUNTARY** |
| vs. | ) **DISMISSAL WITH PREJUDICE** |
| **VERIZON WIRELESS (VAW) LLC,** | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 27th day of June, 2016.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 27th day of June, 2016, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 27th day of June, 2016, via the ECF system to:

Honorable Craig B. Shaffer
United States District Court
District of Colorado

And served via mail to:

Patricia Sunar
Verizon LLC
One Verizon Way, Rm 52S431
Basking Ridge, NJ 07920


This 27th day of June, 2016.
By: s/Todd M. Friedman
　　　Todd M. Friedman